1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE**

| | |
|---|---|
| telSPACE, LLC, a Washington corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>Coast to Coast Cellular, Inc., a Pennsylvania corporation,<br><br>     Defendant. | NO.: _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND MISAPPROPRIATION OF TRADE SECRETS** |

telSPACE, LLC ("***Plaintiff***") asserts for its Complaint against Coast to Coast Cellular, Inc. ("***Defendant***") as follows:

## I.  NATURE OF THE CASE

This case arises out of a material breach of contract, refusal to allow a contractually required audit, misappropriation of trade secrets and confidential information, and copyright infringement by the Defendant.

Plaintiff designs and develops software for the acquisition, rating, billing and management (customer support) of customers with respect to pre and post-paid telecommunications services from all providers, including wireless (cellular) telecommunications providers.  Through substantial efforts and programming resources, Plaintiff developed software that enables the acquisition, rating, billing and management of wireless

COMPLAINT - 1

customers.  Plaintiff's software product has been engineered to audit and reconcile all user activity, which requires a tremendous amount of database management, and tracking and reconciliation of data; this process is central to billing and maintaining cellular customers. Plaintiff licensed its software to Defendant, who later terminated the applicable agreement and purportedly transitioned Defendant's billing and customer management to its own newly developed system.  However, Defendant uses the same hosting service and architecture and either uses Plaintiff's software, or software that is derived from it.  Defendant also utilizes Plaintiff's confidential information and trade secrets. While Defendant purported to wind down its arrangement with Plaintiff, after it sent a notice of termination, it continued to request technical support, including code, and indicated that it was in the process of "adding" wholesale clients (resellers), a process that takes at least 4-6 weeks.  These requests were made at the same time that Defendant notified Plaintiff of termination, and certified in writing that Plaintiff's software was no longer in use.  Over the duration of the agreement, Defendant also misstated, numerous times, the number of customers it was managing using Plaintiff's platform.  Although Defendant admitted to misstating these numbers, and despite repeated requests, Defendant failed to allow Plaintiff to audit Defendant's use of Plaintiff's software.  All of these actions of Defendant violate Plaintiff's rights under statute and contract, cause Plaintiff irreparable harm, and entitle Plaintiff to injunctive relief, as requested in this Complaint.

## II.  PARTIES

1.      Plaintiff telSPACE, LLC is a Washington corporation with its principal place of business in Kirkland, Washington (in King County).  Plaintiff is a software vendor and entered into a Software Licensing Agreement with Defendant Coast to Coast Cellular, Inc. on November 18, 2010.

2.      Defendant Coast to Coast Cellular, Inc. is a Pennsylvania corporation with its principal place of business in Johnstown, Pennsylvania.  Defendant conducts business in the State of Washington and entered into agreements with Plaintiff in the State of Washington.

COMPLAINT - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

### III.  JURISDICTION AND VENUE

3.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and § 1332.  Plaintiff and Defendant are not citizens of or domiciled in the same state, and the amount in controversy is over $75,000 (the injunctive relief requested by Plaintiff is valued at well in excess of this amount).  Thus diversity jurisdiction exists.  In addition, Plaintiff asserts claims under the Copyright Act, and the Court has jurisdiction over this claim as one arising under federal law, and has jurisdiction over the remaining state law claims on the basis of pendent jurisdiction.

4.      This Court has personal jurisdiction over Defendant because Defendant took acts in this State, including negotiating extensively and entering into agreements with Plaintiff in the State of Washington.  Defendant also agreed by contract to resolve any disputes within this State.

5.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), because this judicial district is where a substantial portion of the events underlying the Complaint occurred, and pursuant to agreement of the parties.

### IV.  FACTS

**A.      Background on TelSpace and the Operative Agreement**

6.      Plaintiff designs and develops software for the acquisition, rating, billing and management (customer support) of customers with respect to telecommunications services from all providers, including both pre and post-paid wireless services.  Specifically, Plaintiff offers a billing platform that enables companies who provide wireless minutes (either directly in the form of pre-paid minutes or through consumer-facing companies) to track, bill, and invoice such minutes.  Billing in this context involves tracking numerous variables, and managing numerous pieces of data, and Plaintiff expended considerable time and resources developing its billing platform that it licenses to third parties.

7.      On November 18, 2010, Defendant entered into a Software License Agreement (the "***Agreement***") with Plaintiff pursuant to which Defendant licensed Plaintiff's Software for

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

Defendant's own internal business purposes.  The Agreement (Section 2.1) defines "internal business purposes" narrowly, and expressly precluded Defendant from using the Software to create a competing product or service:

> For the avoidance of doubt, 'internal business purposes' means providing services and products to the customers of [Defendant] but *does not include development, marketing, sale or licensing of products or services that compete with the Software including sublicensing Software to third parties*.

(Emphasis added.)

8.      The Agreement requires (in Section 3.9) Defendant to keep clear and accurate books and records relating to the use of the Software for the purpose of determining the number and type of active subscribers using the Software, and to provide to the Plaintiff a monthly report detailing this information.

9.      The Agreement provides in Section 5.1 that based on the number of active subscribers using the Software, the Defendant will pay Plaintiff a monthly License Fee and Royalty Amount as described in Schedule D of the Agreement.

10.     In the event of a billing dispute, Section 3.9 of the Agreement expressly requires the Defendant to provide Plaintiff with "access to [Defendant's] systems and hosting environment" for the purpose of confirming the propriety of payments due to Plaintiff and amounts that may be owed due to Defendant's use of the Software.

11.     The Agreement also contains language protecting the "Confidential Information" of Plaintiff.  Specifically, the Agreement provides that Defendant may only use Plaintiff's Confidential Information "in order for [Defendant] to exercise its rights under [the] Agreement," and further the Confidential Information "shall not be used for any purpose not expressly authorized."  (Section 2.3.)  Upon termination of the Agreement, Defendant is required to "return to [Plaintiff] any Confidential Information in the possession or under the control of [Defendant]."  (Section 10.2.)

12.     Section 2.3 of the Agreement reserves all rights to the Software and

COMPLAINT - 4

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

Confidential Information to Plaintiff:

> [Defendant] acknowledges that . . . all rights, title and interest in and to the Software . . . and the Confidential Information are and shall remain irrevocably vested in, and the sole and exclusive property of [Plaintiff], including but not limited to all copyrights, trademark rights, patent rights, trade secret rights, moral rights, database rights, sui generis rights and all other intellectual property and proprietary rights inherent in or appurtenant to any of the foregoing, and that [Defendant] has no right, title or interest in or to any of the foregoing except as expressly granted in the [Agreement]. [Plaintiff] shall own all Derivative Work developed by [Plaintiff and Defendant] shall fully cooperate with [Plaintiff] in any action relating to the enforcement of [Plaintiff's rights with respect to any of the foregoing. All rights not expressly granted to [Defendant] herein are reserved by [Plaintiff].

Upon termination of the Agreement, Defendant is required to "immediately cease use of the Software." (Section 10.2.)  The Agreement additionally requires that the Defendant use its best efforts to prevent the unauthorized use, copying or disclosure of the Software, or any portion thereof, or any of the algorithms or logic contained therein.  (Section 7.1.)

13.   The Agreement states in Section 10.2 that upon termination for any reason the Defendant must: (1) immediately cease use of the Software; (2) remit within ten days all outstanding License Fees and Royalty Amounts and (3) return or destroy all confidential information belonging to the Plaintiff including any copies of the Software.

14.   Finally, Section 7.1 of the Agreement provides that unauthorized use:

> [of the Software] or any of the algorithms or logic contained therein or any other Confidential Information . . . will immediately give rise to continuing irreparable injury to [Plaintiff] and [Plaintiff] is entitled to obtain immediate injunctive relief against the breach or threatened breach.

**B.    Facts Leading Up to Termination and Purported Termination of the Agreement**

15.   The parties' relationship commenced in late 2010, and continued until 2012.

16.   Although there were some difficult moments in the course of the

COMPLAINT - 5

1  relationship, for the most part, during the bulk of 2011, both parties appeared to be

2  satisfied with the course of events.

3     17.   In late 2011 and early to mid-2012, the parties had several issues relating

4  to the Agreement.

5     18.   First, Defendant suggested it would terminate the Agreement unless

6  Plaintiff lowered its fees.  Defendant also purported that it was entitled to free support

7  under the Agreement.  Plaintiff explained that Defendant's view of the Agreement was

8  not correct, and Defendant dropped its request for free support and lower fees, thus

9  accepting Plaintiff's interpretation of the Agreement.

10    19.   Second, in April and May of 2012, Defendant sent Plaintiff incorrect

11 royalty reports.  Plaintiff was aware of and notified Defendant of several material

12 discrepancies in these reports.  In response, Defendant sent only one adjusted report (thus

13 admitting that the initially sent reports contained inaccuracies); although the adjusted

14 report was not entirely accurate and in line with the data Plaintiff obtained access to, the

15 parties continued to move forward with the relationship.

16    20.   In late October 2012, Defendant informed Plaintiff that it was adding new

17 clients to the Software, a process that generally takes four to six weeks to complete.  In

18 October 2012, Defendant also had extensive contacts with Plaintiff's technical assistance

19 team, and requested and received the new code necessary to integrate with a new carrier

20 (Sprint).  There would not have been any reason to request technical assistance and

21 obtain the new code unless Defendant intended to continue to use the Software.

22    21.   Later that month, Defendant attempted to terminate the agreement through

23 a letter dated October 24, 2012.  A true and correct copy of the letter is attached hereto as

24 **Exhibit A**.  On the same date that Defendant sent the purported termination letter,

25 Defendant's technical representatives requested additional code and assistance from

26 Plaintiff.

COMPLAINT - 6

22.     Defendant sent Plaintiff an incorrect royalty statement for September 2012 and failed to send a royalty statement altogether for October 2012, indicating that no users were using the Software in October.

23.     Under Section 5.1 of the Agreement, payment of invoice # 6396, which includes the Software use from September 2012, was due on November 5, 2012.  In addition, under Section 10.2, payment for this invoice and any other fees were due ten days after the alleged termination of the Agreement, making payment of all outstanding amounts due on November 8, 2012, at the absolute latest.

24.     Defendant did not comply with any of the requirements of termination it agreed to when the Agreement was signed.

25.     The Agreement provides in Section 11.20 that "All Disputed Matters shall be referred jointly to senior executives or partners of each of the parties."  Under this Section, if the executives do not agree to a resolution within 30 days, the party seeking injunctive relief may take the matter to a court of competent jurisdiction.  Executives representing both parties attempted to reach resolution in this matter over a period of months and were unable to so.

**C.     Refusal to Allow Audit**

26.     Under Section 3.9 of the Agreement, Plaintiff has the right to access Defendant's "systems and hosting environment" for the purpose of confirming the active subscribers using the Software.  Plaintiff had reason seek an audit based on a history of misrepresentation of subscriber numbers by the Defendant.  In March through June of 2012, Defendant provided inaccurate reports to Plaintiff which underrepresented the number of active subscribers.  For each of the months from March to June of 2012, the gap between the actual and reported users continued to grow.

27.     Defendant also sent Plaintiff an incorrect monthly report for September 2012.  Finally, Defendant failed to provide a monthly report altogether for October, despite Defendant's business representatives admitting to Plaintiff that Defendant

COMPLAINT - 7

continued to "add customers" in October—*i.e.*, Defendant was undoubtedly billing and managing customers using the Software in October.  Defendant also continued to work with Plaintiff's technical representatives, requesting technical assistance pertaining to use of the Software.

28.     Between November 2 and November 15, 2012 Plaintiff made repeated email requests for access to perform an audit.

29.     Defendant initially agreed to allow Plaintiff access to perform an audit.  Plaintiff thereafter expended considerable time and energy arranging for the audit and arranging for travel of its executive(s) to Defendant's place of business in order to conduct the audit.  However, despite repeated assurances that it would allow the audit to be conducted, Defendant failed to allow Plaintiff any sort of meaningful audit.

30.     As of the date of filing of this Complaint, Defendant has yet to grant access to Defendant's servers or hosting environment to Plaintiff's auditor or to a third party auditor.

31.     In correspondence, Defendant claimed that an audit is unnecessary because Defendant repurposed the servers it utilized to host the Software.  Specifically, when Plaintiff made repeated requests between November 2, 2012 and November 15, 2012 to perform an audit, Defendant claimed that the server used to host the Software (the "***Rackspace***") had variously been "wiped clean", "repurposed" or "shut down."  This is also in direct contravention of Defendant's contractual obligations to maintain data sufficient to verify the propriety of payments owed and made to Plaintiff by Defendant.

**D.     Conversion of Plaintiff's Software Code and Misappropriation of Confidential Information**

32.     Defendant stated in its letter purporting to terminate the Agreement that it would cease using the Software as of October 24, 2012.

33.     On November 15, 2012 Plaintiff was able to determine that the Rackspace hosting environment was still live, complete with a login page and a working solution.  As it would be

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

extremely unlikely for another software provider to license software to be hosted on Rackspace, Plaintiff determined that Defendant was, and still is, either continuing to use the Software, or using a derivative system Defendant developed based on the Software in violation of the terms of the Agreement.

34.     Defendant's current User Manual, screen shots of which are attached as **Exhibit B**, also reflects unauthorized use of the Software.

35.     Even though Defendant claims to no longer use the Software, it continued, following Defendant's termination of the Agreement, to pay $8000 per month to use Rackspace, which was configured by Plaintiff, to meet the unique specifications of the Software. These configurations constitute confidential information and trade secrets that Defendant continued to improperly exploit following termination of the Agreement.

## V.  FIRST CLAIM

## BREACH OF THE AGREEMENT – REFUSAL TO ALLOW AUDIT

36.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 35 above.

37.     Plaintiff and Defendant are parties to a valid and enforceable contract – the Agreement.

38.     The Agreement requires Defendant to: (1) maintain clear and accurate books and records relating to the use of the Software regarding the number of active subscribers; (2) to provide that information in monthly reports to the Plaintiff; and (3) to provide access to Defendant's "system and hosting environment" for an audit in the event of a dispute regarding payments due.

39.     Defendant failed to fulfill its audit obligations and obligations to maintain the required data, books and records, both prior to and after the termination of the Agreement and is in material breach.

40.     The breaches of the Agreement by Defendant were and continue to be willful and

COMPLAINT - 9

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

malicious.

41.    The breaches of the Agreement by Defendant irreparably damaged and continue to damage Plaintiff, and Plaintiff is entitled to injunctive relief requiring Defendant to cooperate fully in an audit and provide access to the necessary current, as well as backed up data.

## V.  SECOND CLAIM

### BREACH OF THE AGREEMENT – USE OF CONFIDENTIAL INFORMATION

42.    Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 41 above.

43.    Plaintiff and Defendant are parties to a valid and enforceable contract – the Agreement.

44.    Upon termination of the Agreement, Defendant is required to "return to [Plaintiff] any Confidential Information in the possession or under the control of [Defendant]."  The Agreement also provides that Defendant may only use Plaintiff's Confidential Information "in order for [Defendant] to exercise its rights under [the] Agreement," and the Confidential Information "shall not be used for any purpose not expressly authorized."

45.    Following termination of the Agreement, Defendant failed to return Plaintiff's Confidential Information and continues to exploit such information.

46.    The breaches of the Agreement by Defendant were and continue to be willful and malicious.

47.    The breaches of the Agreement by Defendant damaged Plaintiff.

## V.  THIRD CLAIM

### BREACH OF THE AGREEMENT – USE OF SOFTWARE

48.    Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 47 above.

49.    Plaintiff and Defendant are parties to a valid and enforceable contract – the Agreement.

COMPLAINT - 10

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

50.     The Agreement prohibits Defendant from making any derivative works based on the Software or components of the Software.  Upon termination of the Agreement, Defendant is required to "return to [Plaintiff] . . . all copies of the Software, including all Documentation and Specifications related thereto . . . and all other tangible and intangible property or rights directly or indirectly furnished by [Plaintiff]."

51.     Defendant failed to return to Plaintiff copies of the Software and continues to exploit the Software, or other software that is derived from it, in derogation of Plaintiff's rights.

52.     The breaches of the Agreement by Defendant were and continue to be willful and malicious.

53.     The breaches of the Agreement by Defendant damaged Plaintiff.

## VI. FOURTH CLAIM:

## MISAPPROPRIATION OF TRADE SECRETS

54.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1 through 53 above.

55.     The Software embodies Plaintiff's trade secrets and in the course of providing implementation services to Defendant, Defendant came into contact with Plaintiff's commercially valuable information that is the subject of reasonable efforts of secrecy.  At the time of the misappropriation, Defendant knew or had reason to know that the trade secrets were acquired under circumstances giving rise to a duty to maintain secrecy and limit use.

56.     Defendant is exploiting Plaintiff's trade secrets for its own commercial gain and to the detriment of Plaintiff.

57.     Such exploitation damaged and continues to damage Plaintiff, who is entitled to an injunction preventing further exploitation of Plaintiff's trade secrets.

## VI. FIFTH CLAIM:

## COPYRIGHT INFRINGEMENT

58.     Plaintiff realleges and incorporates by reference, as if fully set forth herein, the

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

allegations in paragraphs 1 through 57 above.

59.     Plaintiff has created copyrighted material that is entitled to protection under the Copyright Act (the Software, and documentation relating thereto).

60.     Plaintiff's copyrighted material (the Software, and documentation relating thereto) is registered with the United States Copyright Office under Copyright Registration Number TX0007718272.

61.     Plaintiff granted Defendant access to the copyrighted material as well as a limited license for its use through a valid and enforceable contract – the Agreement.

62.     Defendant is reproducing and otherwise exploiting Plaintiff's copyrighted material without Plaintiff's permission.

63.     Plaintiff is entitled to injunctive relief preventing further exploitation of Plaintiff's copyrighted material.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendants and in favor of Plaintiff as follows:

1.     Equitable Relief:  That the Court enter an injunction: (1) compelling Defendant to freeze all code and allow Plaintiff or an independent third party access to Defendant's production environment to perform the required audit and determine continued use of code, (2) compelling Defendant to cease using or exploiting the Software, or any software derived from it, any of Plaintiff's copyrighted material, or Confidential Information under the Agreement or trade secrets; and (3) providing such other and further injunctive relief to Plaintiff as the Court shall deem just and equitable.

2.     Attorney's Fees and Costs:  reasonable attorney's fees and costs pursuant to the Section 11.19 of the Agreement; and

3.     Declaratory Relief:  a declaration that Defendant breached its obligations under the Agreement.

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

1  Dated this 19th day of August, 2013.

2                                                    **Focal PLLC**

3                                                    _/s/ Venkat Balasubramani_

4                                                    Venkat Balasubramani, WSBA # 28269
                                                     _/s/ Sean M. McChesney_

5                                                    Sean M. McChesney, WSBA #36973
                                                     800 Fifth Ave., Suite 4100

6                                                    Seattle, WA 98104
                                                     Tel: (206) 529-4827

7                                                    Fax: (206) 260-3966
                                                     venkat@focallaw.com

8                                                    sean@focallaw.com

9                                                    _Attorneys for Plaintiff_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT - 13

# EXHIBIT A



October 24, 2012

Jeremy Sands
TelSPACE, LLC
950 W. Bannock St. Suite 1100
Boise, ID 83702

RE: Termination Notice

Dear Mr. Sands:

Reference is made to that certain Software License Agreement entered into by and between TelSPACE, LLC ("telSPACE") and Coast To Coast Cellular, Inc.™ ("Coast To Coast") with an effective date of November 18, 2010 ("the Agreement"). All undefined capitalized terms used herein shall have the meanings prescribed in the Agreement.

Coast To Coast hereby terminates the Software License Agreement effective immediately thusly, Coast To Coast will not renew the Agreement for any additional term. As of this notice, Coast To Coast affirms that it has ceased using the Software associated with the Agreement and that all CPNI for its customer base has been removed for the version of the software utilized by Coast To Coast. Pursuant to the Agreement please advise if these assurances are sufficient under the Agreement.

We appreciate being afforded the opportunity to launch our prepaid product with the help of TelSPACE. If you have any questions or concerns please contact us.

Sincerely,

Lonta Townsend
Senior Vice President

CC: J. William Riner
    Beth Freiwald

# EXHIBIT B



# Coast Reseller Billing and Management (CRBM) Portal
# User Manual
## Version 2.0

**CRBM PORTAL USER MANUAL**

Alexa Goss

Table of Contents

Security Levels..................................................................................................................................3

Reseller Administrator Profile............................................................................................................4

Logging In.........................................................................................................................................5

View Account.....................................................................................................................................7

View MDN Detail................................................................................................................................7

View Line History...............................................................................................................................9

Change Plan.....................................................................................................................................11

Add/Remove Features.......................................................................................................................13

Feature Descriptions........................................................................................................................14

Plan/Feature Restrictions.................................................................................................................16

Change ESN.....................................................................................................................................19

Change MDN....................................................................................................................................20

Deactivate MDN...............................................................................................................................21

Hotline MDN....................................................................................................................................22

Restore MDN....................................................................................................................................24

**CRBM PORTAL USER MANUAL**

Reconnect MDN................................................................................................................25

Suspend MDN.................................................................................................................26

New Activation...............................................................................................................27

MTM Look Up.................................................................................................................29

Order Search..................................................................................................................31

Port MDN.......................................................................................................................32

Real Time Line Usage......................................................................................................33

Reporting.......................................................................................................................34

Bulk Porting...................................................................................................................35

Blackberry Provisioning..................................................................................................36

Blackberry Password Reset.............................................................................................37

Blackberry BIS User Request...........................................................................................37

Submit Ticket for Portal Issue.........................................................................................39

## Security Levels

-Administrator- This will be the first and only user set up by Coast 2 Coast.  When the Administrator logs in, they will set up all the other users for that Reseller.  The Administrator has access to everything available in the Portal for the Reseller.

-Supervisor- This profile gives the user access to everything except User Maintenance.  They will be able to do anything in CRBM except create and modify users.

-Standard- This profile gives the user access to everything except User Maintenance and Reporting.  This would be a general customer service role.  They will not be able to create or modify new users, and they will not be able to run reports.

-View Only- This profile gives the user access to all customer accounts, but they will not be able to make changes.  Everything will be view only.

## Reseller Administrator Profile

Coast 2 Coast will set the Reseller up with one Administrator User.  This user will log in and go to the Admin menu in the top right corner of the screen.  In that menu, the Administrator will set up all their users by going to User Maintenance, Add New CRBM User.  Once a user is set up, the Administrator can modify their profile by going to the Admin menu, User Maintenance, Modify CRBM User.

Each new user has to be set up using their email address.  This email address will be used to communicate forgotten passwords, and blackberry requests, so it should be the email address that is used in the workplace.  A generic password has to be assigned to this new user.  This will get the user in the first time they log in to the system.  The First Name, Last Name, Reseller, and Role also have to be entered.  The level of access will depend on the role chosen (see security levels).  The address and phone information is optional.  Click create user to save the new user's profile.





## Logging In

Once the Reseller Administrator has set up the user's profile, the user can log into CRBM using their email address and the generic password created by the Administrator.



Should the user forget their password it can be retrieved by clicking on I Forgot My Password from the log in screen.  This will take the user to a screen that asks for their email address.   An email will then be sent to the user's email address with a link. Click on the link and it will take the user to a page where they can reset their password.

**CRBM PORTAL USER MANUAL**

By checking the Remember Me box on the log in screen, the system will remember the email address for that user on the computer they are on, so that it does not have to be entered every time the user logs in from their desk.  The password will not be remembered and will have to be entered every time the user logs in.

General
Information
Links



**CRBM PORTAL USER MANUAL**



## View MDN Detail

As shown in the screen shot above, there are several search methods to reach the MDN detail of a particular line.

-MDN- Choose MDN in the Search Options drop down box. Type the 10 digit MDN (do not include any symbols, only numbers) in the blank field and click search.  This will pull up the line detail screen, displaying information on that line as well as giving all possible options to make changes on that line.

-ESN/MEID- Choose ESN/MEID in the Search Options drop down box. Type the ESN or MEID for the line you are looking up in the blank field and click search.  If you are entering an MEID, the letters do not have to be capitalized for it to find the line.  This will pull up the line detail screen, displaying information on that line as well as giving all possible options to make changes on that line.

-Reference Number- Choose Reference Number in the Search options drop down box.  Enter the reference number for the line you are looking up in the blank field and click search.  This will pull up the line detail screen, displaying information on that line as well as giving all possible options to make changes on that line.

**CRBM PORTAL USER MANUAL**

## View Line History

There are two ways to search the transaction history of an MDN.  This history will show the orders put through for that number including the date and time and the user who completed the order.  This will only include orders put through the CRBM Portal.

1. Under the Options Menu in the top right corner of the main screen, click on Line History.  This will pull up the line history screen.  Enter the MDN and click search to pull up the transaction history.



2. When viewing the MDN Detail, there will be a button in the top right corner that says View Line History.  Click this button, and it will pull up the line history screen for that MDN.



## Change Plan

To change the plan on an MDN, the user will have to be in View Line Detail.  When an MDN is searched, the line detail will automatically populate.  To change the plan, click on the desired plan, and submit the order using the Submit button in the bottom left corner of the screen.



When the order has been submitted, the order search screen will come up with the order number, so the user can see the status. Clicking search will refresh the screen, so the user can see when the order has gone through.

**CRBM PORTAL USER MANUAL**



## Add/Remove Features

To add or remove features on an MDN, the user will have to be in View Line Detail.  When you search the line, the line detail screen will automatically populate.  The feature section is found on the right side of the screen.

**CRBM PORTAL USER MANUAL**



Each feature that has a check mark in the check box is active on that line.  Features that have no check mark in the check box are not active on the line.

Red Features- These are mandatory features and cannot be removed.

Green Features- These are default features.  They are automatically checked as active, but can be removed by clicking the check box to make the green check mark disappear.

Black Features- These are optional features that can be added to the MDN if the user checks the feature and submits the order to activate those features on that line.

To add features, check the box next to the desired feature to make the green check mark appear and submit the order.

**CRBM PORTAL USER MANUAL**

To remove a feature, click the check box to remove the green check mark, and submit the order.

**Feature Descriptions**

| Feature | Description |
|---------|-------------|
| BREWBLOCK | This blocks Brew applications and download select applications from the end-user's wireless handset. |
| CDMA/DIGITAL | Employs spread-spectrum technology and a special coding scheme (where each transmitter is assigned a code) to allow multiple users to be multiplexed over the same physical channel. |
| 3 Way Calling | The end user can connect a three-way conversation on the wireless handset. Airtime and other charges, which may include toll or long distance charges, apply for both calls until the initiator terminates the call. With 3-Way calling, end users incur charges for two calls. |
| Basic Voicemail | Callers can leave messages anytime, which end-users can then retrieve using their wireless handset or any landline touch-tone phones. |
| Call Forward Busy | Incoming calls can be transferred to another number that is pre-designed by the end-user whenever the wireless phone is busy. |
| Call Forward No Answer | All incoming calls can be transferred to another number that is pre-designed by the end-user whenever the wireless phone remains unanswered after three to five rings. The wireless phone will ring and the end-user has the option to answer the incoming call or let the call transfer to the pre-designed number. |
| Call Forwarding | End-users can have calls automatically forwarded to another phone number, including their home, office, or pager, without the wireless phone ringing. |
| Caller ID | Displays the name and number of the person calling on the end-users wireless hadset (for all unblocked numbers). It may also display the name of the person if the end-user stored it in the handset's memory. |
| Call Waiting | Lets end-users know when another caller is trying to reach them while they're on a call. The end-user hears a short tone. After hearing the Call Waiting tone, they have approximately 30 seconds to answer the call before the second caller hears a standard message or is forwarded to the end-users Voice Mailbox. |
| MMS-Legacy | In order to add the MMS feature to a device, this default feature needs to be removed |
| Message Waiting Indicator | Notifies the end user of waiting Voicemail messages. |
| SMS | Allows the end-user to send and receive text messages of up to 160 characters directly on a two-way messaging capable phone.  End user is billed on a per-message basis. |
| 1XEVDO Roaming | This feature is required to enable data service when end-user is roaming. |
| 1XRoam | This feature is required to enable data service when end-user is roaming. |

**CRBM PORTAL USER MANUAL**

| Caller ID Block | Prevents the mobile phone number from being transmitted when a call is made from the wireless handset. |
|---|---|
| DUN Tethering | This service enables remote connectivity to the internet on a laptop using a DUN NAI-capable handset device |
| DataAdd 0MB | Pay per KB data plan. |
| DataAdd 1000MB | Data add-on plan up to 1000MB. If end-user goes over plan, overage per KB charge will apply. |
| DataAdd 150MB | Data add-on plan up to 150MB. If end-user goes over plan, overage per KB charge will apply. |
| DataAdd 250MB | Data add-on plan up to 250MB. If end-user goes over plan, overage per KB charge will apply. |
| DataAdd 500MB | Data add-on plan up to 500MB. If end-user goes over plan, overage per KB charge will apply. |
| DataAdd 50MB | Data add-on plan up to 50MB. If end-user goes over plan, overage per KB charge will apply. |
| DataPoolAdd 1GB | Allows reseller to average data plan between end-users up to 1GB. |
| Enhanced Voice Mail | For a monthly fee, this optional service provides additional features to Basic Voicemail. The service includes increased message capacity, pager notification, personal operator, and fax messages. |
| Incoming Call Block | All incoming calls are blocked. The end-user can only make outgoing calls. |
| International Dialing Allowed | End-users must have this feature activated on the MDN in the Billing System in order to make and receive calls while at sea (i.e., in international waters) to and from locations other than the United States, the ship is in port, or traveling by land in foreign countries. |
| Long Distance Block | End-users cannot make domestic long distance calls. |
| MMS | Allows end-user to send and receive messages that include photo images, audio, and video clips via a text message to an MMS-capable digital handset. |
| MTM1000 | The end-user can make and receive calls to and from another mobile number within the billing account base that is within the Coast to Coast coverage area. |
| Outgoing Call Block | All outgoing calls are blocked. The end-user can only make incoming calls. |
| Packet Flow Optimization | Enables you to limit the data throughput speed of your end-user's EVDO data service. Provides the ability to reduce an end-user's upload and download speeds to approximately 200 kilobits per second in each data session. |
| Premium Message Block | This feature will only block premium messaging programs and will not block any other type of SMS messaging (i.e., domestic or International SMS). |
| Roaming Call Block | This feature restricts a customer's service area to the end-users home SID. |
| SMSBundle 100 | Text bundle of 100 messages. If end-user goes over, per text overage charge will apply. |
| SMSBundle 1000 | Text bundle of 1000 messages. If end-user goes over, per text overage charge will apply. |
| SMSBundle 1500 | Text bundle of 1500 messages. If end-user goes over, per text overage charge will apply. |
| SMSBundle 2000 | Text bundle of 2000 messages. If end-user goes over, per text overage charge will apply. |

| SMSBundle 250 | Text bundle of 250 messages. If end-user goes over, per text overage charge will apply. |
| SMSBundle 500 | Text bundle of 500 messages. If end-user goes over, per text overage charge will apply. |
| SMSBundle 5000 | Text bundle of 5000 messages. If end-user goes over, per text overage charge will apply. |
| Text Block | This feature blocks all incoming and outgoing text messages and premium messages. |

The following rules apply for combining features with other features, and combining base plans with features:

**Voice Plans with Feature Restrictions:**

-Block Voice is only an available feature on the Bulk Plan.  The Block Voice Feature will not show up in the feature list if you have the MDN on a bundle plan.

**SMS-**

Only one of the following SMS features must be selected:

SMS (pay per use)-green feature

SMS Bundle

SMS Block

**MMS-**

Only one of the following MMS features must be selected along with a data plan:

MMS Legacy (to not allow picture messaging)

MMS (must be used in conjunction with a data plan)

**CRBM PORTAL USER MANUAL**

**Voicemail-**

Only one of the following Voicemail features must be selected:

Basic Voicemail (must be used in conjunction with Message Waiting Indicator)

Enhanced Voicemail (must be used in conjunction with Message Waiting Indicator)

*Note: When switching from Basic VM to Enhanced VM or vice versa, the original box is deleted along with any saved VM messages


**DUN Tethering-**

DUN tethering must be added in conjunction with a data plan

**Premium Message/Text Message Block-**

Only one of the messaging blocks below can be added at one time.

Premium Message block (only blocks Premium messaging)

Text Message block (blocks all messaging including Premium messages)

**Static IP-**

Static IP must be added in conjunction with a data plan

**1ROAM/1XROAM**

These 1ROAM and 1XRoam features must be added in conjunction with each other

**Outgoing Call Block and Incoming Call Block**

When added individually (only one feature per MDN) that feature will function properly.

When added at the same time in the same order neither feature will function properly.

When one is active and the other is added, the original one will be disabled and the one most recently added will function properly.

## Change ESN

To change the ESN on a line, the user has to be in View Line Detail.  Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Change ESN then click "Go."  This will bring up a box showing the current ESN and a blank box for the new ESN.  Enter the new ESN and click Submit.





When order is submitted, the order search screen will automatically come up with the reference number in it, which will give the user the status of the order.  Clicking Search will refresh the status, so the user will know when the order has completed.

**CRBM PORTAL USER MANUAL**

## Change Number

To change the number on a line, the user has to be in View Line Detail.  Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Change Number then click "Go."



A box will come up asking for the information necessary to make the number change.  Choose the type of number change based on the information available, NPA/NXX or Zipcode.  Enter the information and submit.



When order is submitted, the order search screen will automatically come up with the reference number in it, which will give the user the status of the order.  Clicking Search will refresh the status, so the user will know when the order has completed.

**CRBM PORTAL USER MANUAL**

## Deactivate MDN

To deactivate an MDN, the user has to be in View Line Detail. Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Deactivate then click "Go."



A message will come up asking if you are sure you want the number deactivated, click Yes.



Clicking yes will take the user to the order search screen, which will give the status of that order.  Clicking search will refresh the screen so that the user can see when the order has completed.

## Hotline Subscriber

To hotline an MDN, the user has to be in View Line Detail. Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Hotline Subscriber then click "Go."



This will bring up a box asking for the type of hotline and the number you would like the MDN hotlined to.

Choose the type of hotline. **Note**- hotlining does not prohibit features.  They must be removed if the customer should be denied access to use them.

- Regular- incoming calls not allowed, outgoing calls go straight to hotline number
- Fraud- incoming calls allowed, outgoing calls go straight to hotline number
- Roaming- incoming calls allowed, outgoing calls go straight to hotline number



Enter hotline number.  When the customer tries to dial out on their device, they will be directed to the number entered here.

Clicking submit will take the user to the order search screen, which will give the status of that order.  Clicking search will refresh the screen so that the user can see when the order has completed.

## Restore MDN

To restore an MDN, the user has to be in View Line Detail. Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Restore then click "Go."



A message will come up asking if you are sure you want to restore the MDN, click yes.



Clicking yes will take the user to the order search screen, which will give the status of that order.  Clicking search will refresh the screen so that the user can see when the order has completed.


## Reconnect MDN


To reconnect an MDN, the user has to be in View Line Detail. Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Reconnect MDN then click "Go."



A message will come up asking if you are sure you want to reconnect the MDN, click yes.



Clicking yes will take the user to the order search screen, which will give the status of that order.  Clicking search will refresh the screen so that the user can see when the order has completed.

**CRBM PORTAL USER MANUAL**

## Suspend MDN

To suspend an MDN, the user has to be in View Line Detail. Once the MDN has been pulled up from the account search screen, under "Options" on the bottom left corner of the screen, select Suspend then click "Go."



A message will come up asking if you are sure you want to Suspend the MDN, click yes.



Clicking yes will take the user to the order search screen, which will give the status of that order.  Clicking search will refresh the screen so that the user can see when the order has completed.

## New Activation

1.  Go into options in the top right corner of the screen, and click on New Activation



2.  Choose the cycle under Reseller, chose the type of activation and enter the appropriate information in the blank box on the far right side, labeled for the type chosen, enter ESN, add a plan and any desired features and submit order.



3.  When order is submitted the order search screen will automatically come up with the reference number.  When you click search it will refresh the screen.  As soon as Verizon has sent a response for the new activation it will be found in the order search results.  If the activation went through successfully, the MDN will be displayed here.

**CRBM PORTAL USER MANUAL**



## MTM Lookup

The MTM lookup function will allow the user to see if an MDN is part of the Coast Network, even if it is not active under that Reseller.  Under options in the top right corner of the screen, click on MTM Look Up



Enter 10 digit MDN, click Lookup



If the MDN is part of the Coast Network, the following message will come up:



If the MDN is not part of the Coast Network, the following message will come up:



## Order Search

To search an order previously submitted, go to the options menu in the top right corner, and click on Order Search.  This will bring up a screen where you will be able to search any order put through CRBM.  A search can be performed for to and from dates, MDN, ESN, Reference Number,

**CRBM PORTAL USER MANUAL**

or User ID. The user can choose the order status, but at least one of the other fields must also be filled in.  Type in the available information and click search.  This will populate the requested orders in the Order Search Results.



**CRBM PORTAL USER MANUAL**

## Port MDN

To port in an MDN, go to the options menu in the top right corner, and click on Port In MDN.  This will take the user to the Port Screen to fill out the necessary information to port the MDN in from the old carrier.



The following information is necessary, and the port will not be able to be submitted without it:

-MDN to Port In

-OSP Account # OR Tax ID/SSN

-First and Last Name OR Business Name

-Address, City, State, Zip, Country

-Authorized Signer

-Account Number, ESN, Plan

When the port is submitted, the user will receive a reference number.  The reference number can be used to check the status of the port in the Order Search function.

**CRBM PORTAL USER MANUAL**

## Real Time Usage

The Real Time Usage tool can be used to estimate the number of minutes, text messages, and KBs used by a customer.  Under the options menu in the top right corner, click on Real Time Usage.

 

Enter the phone number and the beginning and end date for the time period in question.

Click "lookup" and a screen will come up displaying how many minutes, text messages, and KBs that customer has used during the dates selected.

*Note- This is an estimate and should not be taken as the exact usage.  Only on network usage will be included in the estimate.

## Dashboard

This has reports that are based on near real time usage records. This is only an estimate of possible usage which may incur charges or were incurred for the time periods specified.

The Main Tab has Total Activations, Total Deactivations, Total Current Active, Total Current Suspended, Total Current Hotlined, Total Minutes, Total KBs, and Total SMS.

Total Activations and Total Deactivations show the activations and deactivations for the selected dates. Just click View Report to populate a report that can be exported in a variety of different formats.

Total Current Active, Total Current Suspended, and Total Current Hotlined show the current lines active suspended, or hotlined at the time of when dashboard was opened.

Total Minutes, Total KBs, and Total SMS show the total minutes, kbs, and sms for the selected dates.



The information provided in this "Dashboard" is generated as a convenience and may be modified at any time. The information displayed in the dashboard is based on 3rd party near real time usage records provided to Coast 2 Coast Cellular and Coast 2 Coast Cellular makes no guarantees of the accuracy, completeness, or timeliness of this information as it is provided by 3rd parties. This information is not a substitute for the data of record, which can be located in your Electronic Bill (EB). This information cannot be used for the purpose of proposing or validating a perceived dispute. The information provided in the "Dashboard" is only an estimate of possible usage which may incur charges or were incurred for the time periods specified after the usage is rated by the Carrier (s).

Powered by



Contact Us   |   Privacy Guidelines   |   Help Center   |   Terms of Service

Copyright 2012 Coast 2 Coast Cellular Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy.

Current Server: WEB4

**CRBM PORTAL USER MANUAL**

The Voice Tab, Data Tab, and SMS Tab allow reports to be made for certain plans. To see a summary of each type of report click show report, and a summary report will populate on the screen.  To drill down into line detail, use the Report Creator.

Click on the plan wanted then click the <-> button in between the two boxes. This will put the plan in the second box. If a plan was accidently selected, click it then hit the <->. This will put it back in the first box and will not show on the report. When all of the plans that are wanted for the report are selected, click create report.



**CRBM PORTAL USER MANUAL**



**CRBM PORTAL USER MANUAL**



**CRBM PORTAL USER MANUAL**

## Bulk Porting

To do a bulk port transaction, ask your account manager for the bulk port spreadsheet.  Once you have filled out all the necessary information on this spreadsheet to complete the port (necessary information is listed above in Porting section), go to options in the top right corner.  Under options, click on Bulk Porting.  The following screen will come up:



Click on browse, and find the saved spreadsheet, then click upload.  Once the spreadsheet has been fully uploaded, click submit to send the port orders through.  You will receive a reference number to track the order under order search.

**CRBM PORTAL USER MANUAL**

## Blackberry Options

All Blackberry options are found under the options menu in the top right corner under Blackberry.



## Blackberry Provisioning

To provision a blackberry, go to the options menu in the top right corner, Blackberry, and Blackberry Provisioning. Everything above the ESN Swap text box has to be filled out before submitting. If the provisioning is for an ESN Swap, check the ESN Swap check box to activate the Old ESN and Old PIN boxes so the old device information can be entered. When all information is filled out, click submit. A tracking number will be given to use if asking Reseller Support for a status update. When the provisioning is complete, an email will be sent to the user's email address that is their username.



**CRBM PORTAL USER MANUAL**

## Blackberry Password Reset

To reset the password on a Blackberry, go to the options menu in the top right corner, Blackberry, and Password Reset.  All of the information has to be filled out before submitting. When the information has been entered, click submit.  A tracking number will be given to use if asking Reseller Support for a status update.  When the password reset is complete, and email will be sent to the user's email address that is their username.



## Blackberry BIS User Request

To request a forgotten Blackberry username, go to the options menu in the top right corner, Blackberry, and BIS User Request.  All of the information has to be filled out before submitting.  When the information has been entered, click submit.  A tracking number will be given to use if asking Reseller Support for a status update.  When the username has been retrieved, an email will be sent to the user's email address that is their username.



## CRBM Issue Tracking

If the user has any technical problems with CRBM, a ticket can be submitted from the Portal.  Under the Help Menu in the top right corner, click on CRBM Portal Issue Tracking.   A screen will come up asking for a subject, a description, and Replication Steps.  Fill out as much information as possible, including examples, print screens and a detailed description of what happened and what the problem is.

**CRBM PORTAL USER MANUAL**

