UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| TELSPACE, LLC, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>COAST TO COAST CELLULAR, INC., a Pennsylvania corporation,<br><br>        Defendant. | CASE NO. C13-1477 RSM<br><br>ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT |

This matter comes before the Court on Plaintiff telSPACE, LLC ("telSPACE")'s Motion for Entry of Judgment on Award of Attorneys' Fees, Dkt. #69.

On June 12, 2015, the Court granted, in part, telSPACE's Motion for Attorney's Fees, ordering Defendant Coast to Coast Cellular, Inc. to pay attorneys' fees to telSPACE in the amount of $89,917.50. *See* Dkt. #68. On July 23, 2015, telSPACE filed the instant Motion, pursuant to Rule 58(a)(3) and (d), and Defendant has failed to file any opposition. Pursuant to LCR 7(b)(2), such failure may be considered by the Court as an admission that the motion has merit.

//

//

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT - 1

Accordingly, the Court hereby ORDERS:

1) Plaintiff's Motion for Entry of Judgment on Award of Attorneys' Fees (Dkt. #69) is GRANTED.

2) The Court directs the clerk to enter judgment in the amount of $89,917.50.

DATED this 13th day of August 2015.

                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT - 2